### December 11, 1973

## Commonwealth *v.* Byrd, Appellant.

762

Argued September 14, 1973. *John W. Packel,* Assistant Defender, with him *Suanne Smith,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James T. Ranney,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.